# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL SIMON, | : | Civil No. 1:23-CV-00256 |
| Petitioner, | : | |
| v. | : | |
| WARDEN RACHEL THOMPSON, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 8th day of July, 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 6, is **DISMISSED**.

2. The Clerk of Court will **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania